Nicholas J. Neidzwski, ABA No. 1805040
ANDERSON CAREY WILLIAMS & NEIDZWSKI
1501 Eldridge Avenue
Bellingham, WA 98225
Telephone: (360) 671-6711
Fax: (360) 647-2943
Email: nick@boatlaw.com
  Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| FREDERICK SIMEONOFF,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN TROSVIG, *in personam*, NORDIC CROSS, LLC, *in personam*, GRAYLING, LLC, *in personam*, F/V NORDIC CROSS, O.N. 600298, her engine, tackle, gear, apparel, furniture, equipment and appurtenances, *in rem*,<br><br>Defendants. | **IN ADMIRALTY**<br><br>Case No.: |

### SEAMAN'S VERIFIED COMPLAINT *IN REM* AND *IN PERSONAM* FOR PERSONAL INJURIES

Plaintiff Frederick Simeonoff ("Plaintiff or "Mr. Simeonoff"), by and through the undersigned counsel, alleges as follows based on information and belief:

SEAMAN'S VERIFIED COMPLAINT *IN REM* AND *IN PERSONAM* FOR PERSONAL INJURIES
*Frederick Simeonoff v. Christian Trosvig, et al.*
Case No.:

PAGE - 1 OF 9

Case 3:19-cv-00115-SLG   Document 1   Filed 04/18/19   Page 1 of 9

ANDERSON CAREY WILLIAMS & NEIDZWSKI, PLLC
1501 Eldridge Avenue
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

# GENERAL ALLEGATIONS

1. Plaintiff is a seaman and brings this action pursuant to the provisions of 28 U.S.C. § 1916 without prepayment of fees and costs and without deposit of security therefor.

2. This action is brought under the admiralty and maritime law. This District Court has jurisdiction pursuant to 28 U.S.C. § 1333. This is an admiralty and maritime claim within the meaning of Federal Rule of Civil Procedure 9(h).

3. At all material times, Plaintiff was and is a resident of Kodiak, Alaska.

4. Defendant Christian Trosvig was and is a resident of Kodiak, Alaska at all material times. At all material times, Mr. Trosvig was the captain and operator of the F/V NORDIC CROSS, O.N. 600298. At all material times, Mr. Trosvig was and is a member of defendant Grayling, LLC. At all material times, Mr. Trosvig was and is a member of defendant Nordic Cross, LLC.

5. At all material times, defendant Grayling, LLC was and is an Alaska limited liability company licensed to and doing business in Alaska with its principal place of business in Kodiak, Alaska. Defendant Grayling, LLC is the named insured on the policy of insurance protecting and indemnifying the NORDIC CROSS at material times.

6. At all material times, defendant Nordic Cross, LLC was and is an Alaska limited liability company licensed to and doing business in Alaska with its principal place of business in Kodiak, Alaska. Defendant Nordic Cross, LLC owned defendant F/V NORDIC CROSS at material times.

SEAMAN'S VERIFIED COMPLAINT *IN REM* AND *IN PERSONAM* FOR PERSONAL INJURIES
*Frederick Simeonoff v. Christian Trosvig, et al.*
Case No.:

PAGE - 2 OF 9

Case 3:19-cv-00115-SLG   Document 1   Filed 04/18/19   Page 2 of 9

ANDERSON CAREY WILLIAMS & NEIDZWSKI, PLLC
1501 Eldridge Avenue
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

7. At all material times, defendant F/V NORDIC CROSS was and is an American flag fishing vessel operating upon the navigable waters of Alaska, the United States and the high seas. The vessel's official number is 600298. The vessel's appurtenances include a 16 foot aluminum seine skiff manufactured by Brown, hull identification number AKZ5775AF202, Alaska registration number AK5775AC. During the pendency of this litigation, the F/V NORDIC CROSS will be within the jurisdiction of this District Court. The F/V NORDIC CROSS is home ported in Kodiak, Alaska.

8. At all material times hereto, defendants Christian Trosvig, Grayling, LLC and Nordic Cross, LLC manned, operated, maintained and controlled defendant F/V NORDIC CROSS.

9. At all material times hereto, Defendants employed Plaintiff as a Jones Act seaman in the service of defendant F/V NORDIC CROSS.

### FIRST CLAIM: JONES ACT NEGLIGENCE

10. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 9 set forth above.

11. On or about July 25, 2018, Plaintiff was in the service of the F/V NORDIC CROSS while the vessel was seining for salmon in the navigable waters of the United States off the coast of Alaska.

12. On or about July 25, 2018, while Plaintiff was engaged in the course of his duties in service of the F/V NORDIC CROSS, defendants were negligent, as were the officers, agents, employees and all persons acting on their behalf, among other things, in:

SEAMAN'S VERIFIED COMPLAINT *IN REM* AND *IN PERSONAM* FOR PERSONAL INJURIES
*Frederick Simeonoff v. Christian Trosvig, et al.*
Case No.:
PAGE - 3 OF 9
Case 3:19-cv-00115-SLG   Document 1   Filed 04/18/19   Page 3 of 9

a. Causing, allowing, and permitting the said vessel and her appurtenances to be operated in such a manner as to unreasonably endanger Plaintiff's safety;

b. Causing, allowing, and permitting the vessel and her appurtenances to be in a dangerous, defective and hazardous condition;

c. Failing to warn Plaintiff of impending dangers;

d. Failing to provide a seaworthy vessel and a safe method of operation;

e. Failing to provide Plaintiff with a safe place in which to work;

f. Failing to promulgate and enforce proper and safe rules of seamanship in the supervision and conduct of the work;

g. Failing to provide sufficient and competent captain and crew;

h. Failing to supply proper gear and equipment, and to maintain the same in proper order; and

Otherwise acting so negligently as to cause the vessel's boom to collapse and crush Plaintiff's right leg.

13. As a result of said conduct, Plaintiff was hurt and injured in his health, strength, and activity, sustaining catastrophic injury to his lower right extremity. Said injuries have caused and continue to cause Plaintiff great mental, physical and nervous pain and suffering, and said injuries have resulted in permanent disability and disfigurement to Plaintiff, all to his general damage in an amount in excess of $1,000,000. Plaintiff prays for leave to amend at trial to conform to the proof.

SEAMAN'S VERIFIED COMPLAINT *IN REM* AND *IN PERSONAM* FOR PERSONAL INJURIES
*Frederick Simeonoff v. Christian Trosvig, et al.*
Case No.:

PAGE - 4 OF 9

Case 3:19-cv-00115-SLG   Document 1   Filed 04/18/19   Page 4 of 9

ANDERSON CAREY WILLIAMS & NEIDZWSKI, PLLC
1501 Eldridge Avenue
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

14. As a further result of said conduct, Plaintiff was required to and did employ physicians and other health care providers for medical examination, care and treatment of said injuries, and Plaintiff alleges that he will require such services in the future. The cost and reasonable value of the health care services received and to be received by Plaintiff is in excess of $1,000,000. Plaintiff prays for leave to amend at trial to conform to the proof.

15. As a further result of said conduct, Plaintiff has suffered and will continue in the future to suffer loss of income in an amount in excess of $800,000. Plaintiff prays for leave to amend at trial to conform to the proof.

## SECOND CLAIM: UNSEAWORTHINESS

16. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 15 set forth above.

17. On or about July 25, 2018, while Plaintiff was engaged in the course of his duties in the service of the F/V NORDIC CROSS, the said vessel was unseaworthy in that, among other things:

    a. Said vessel and her appurtenances were being operated in such a manner as to unreasonably endanger Plaintiff's safety;

    b. Said vessel and her appurtenances were in a dangerous, defective and hazardous condition;

    c. The place where Plaintiff was required to work was unsafe;

    d. Sufficient and competent officers and co-employees were lacking;

SEAMAN'S VERIFIED COMPLAINT *IN REM* AND *IN PERSONAM* FOR PERSONAL INJURIES
*Frederick Simeonoff v. Christian Trosvig, et al.*
Case No.:

PAGE - 5 OF 9

Case 3:19-cv-00115-SLG   Document 1   Filed 04/18/19   Page 5 of 9

ANDERSON CAREY WILLIAMS & NEIDZWSKI, PLLC
1501 Eldridge Avenue
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

  e. Sufficient gear and equipment in proper working order were lacking;

  f. Work in progress was being conducted by unsafe methods without sufficient and properly trained personnel and without adequate supervision; and

The said vessel was otherwise so unseaworthy as to cause the vessel's boom to collapse and crush Plaintiff's right leg.

### THIRD CLAIM:
### MAINTENANCE, CURE AND UNEARNED WAGES

18. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 17 set forth above.

19. Upon Plaintiff's becoming injured and disabled as aforesaid, it became the duty of the Defendants to pay to Plaintiff the expenses of his maintenance and cure, as well as his wages to the end of the fishing season. Defendants neglected said duty, despite knowledge of Plaintiff's continuing disability.

20. Plaintiff is entitled to maintenance and cure on a continuing basis until such time as he reaches maximum medical cure. Plaintiff's injuries required, and in the future will require, medical care.

21. By reason of the premises, Plaintiff has been damaged in sums according to proof for maintenance, cure and unearned wages, the precise amounts of which are presently unascertained, and Plaintiff prays for leave to insert the elements of damages in this respect when the same are finally determined.

22. By reason of Defendants' neglect of their maintenance and cure obligation, Plaintiff was obliged to engage the services of counsel and has incurred and

SEAMAN'S VERIFIED COMPLAINT *IN REM* AND *IN PERSONAM* FOR PERSONAL INJURIES
*Frederick Simeonoff v. Christian Trosvig, et al.*
Case No.:

PAGE - 6 OF 9

Case 3:19-cv-00115-SLG Document 1 Filed 04/18/19 Page 6 of 9

will continue to incur attorneys' fees and expenses for which Plaintiff is entitled to recover.

## FOURTH CLAIM:
## ALTER EGO - PIERCING THE VEIL OF LIMITED LIABILITY

23. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 22 set forth above.

24. Defendants Nordic Cross, LLC and Grayling, LLC are the alter egos and mere instrumentalities of defendant Christian Trosvig, in that, among other things:

   a. Defendant Christian Trosvig used and uses the LLCs' property as his own;

   b. The legal requirements of the defendant LLCs were not and are not observed;

   c. The defendant LLCs were and are insufficiently capitalized for purposes of their undertakings;

   d. Defendant Christian Trosvig's funds and the defendant LLCs' funds were and are intermingled; and

Christian Trosvig otherwise disregarded the separate existence of the defendant LLCs so as to warrant imposition of personal liability for the forgoing acts and omissions that caused damage to Plaintiff.

**WHEREFORE**, plaintiff Frederick Simeonoff prays for judgment against Defendants as follows:

SEAMAN'S VERIFIED COMPLAINT *IN REM* AND *IN PERSONAM* FOR PERSONAL INJURIES
*Frederick Simeonoff v. Christian Trosvig, et al.*
Case No.:

PAGE - 7 OF 9

Case 3:19-cv-00115-SLG   Document 1   Filed 04/18/19   Page 7 of 9

ANDERSON CAREY WILLIAMS & NEIDZWSKI, PLLC
1501 Eldridge Avenue
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

ANDERSON CAREY WILLIAMS & NEIDZWSKI, PLLC
1501 Eldridge Avenue
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

1. That defendant F/V NORDIC CROSS be held to answer to an *in rem* judgment with all available *in rem* procedures; and that Plaintiff be adjudged as a holder of a preferred maritime lien against the vessel for maintenance, cure and damages set forth below.

2. For judgment *in personam* against defendants Christian Trosvig, Grayling, LLC, and Nordic Cross, LLC for:

    a. General damages in excess of $1,000,000;

    b. Special damages, including, but not limited to, past and future medical expenses exceeding $1,000,000 and loss of income, past and future, exceeding $800,000;

    c. Plaintiff's reasonable attorney's fees;

    d. Plaintiff's costs and disbursements incurred herein;

    e. Prejudgment and post-judgment interest according to general maritime law;

    f. Maintenance, cure and unearned wages; and

    g. For such other and further relief as this District Court deems just and fair.

DATED this 17th day of April 2019.

                  ANDERSON CAREY WILLIAMS & NEIDZWSKI

                  */s/ Nicholas J. Neidzwski*_____
                  Nicholas J. Neidzwski, ABA No. 1805040
                  Attorneys for Plaintiff Frederick Simeonoff

SEAMAN'S VERIFIED COMPLAINT *IN REM* AND *IN PERSONAM* FOR PERSONAL INJURIES
*Frederick Simeonoff v. Christian Trosvig, et al.*
Case No.:
PAGE - 8 OF 9

Case 3:19-cv-00115-SLG   Document 1   Filed 04/18/19   Page 8 of 9

## VERIFICATION

I, Frederick Simeonoff, declare as follows:

1. I am the plaintiff in this action.

2. I have read the foregoing Seaman's Verified Complaint *In Rem* And *In Personam* For Personal Injuries, know the contents thereof, and believe all the facts and allegations therein are true and correct to the best of my knowledge.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated this 17th day of April, 2019.

_____
Frederick Simeonoff

SEAMAN'S VERIFIED COMPLAINT IN REM AND IN PERSONAM FOR PERSONAL INJURIES
*Frederick Simeonoff v. Christian Trosvig, et al*

PAGE - 9 OF 9

Case 3:19-cv-00115-SLG   Document 1   Filed 04/18/19   Page 9 of 9